Lucy M. B. Benson, as Committee of Margaret J. Benson, an Incompetent Person, Appellant, *v.* Nellie Carroll et al., Respondents.

Argued March 8, 1940; decided April 9, 1940.

*Rollin B. Sanford* for appellant.

*P. C. Dugan* and *Earl Barkhuff* for respondents.

Judgment affirmed, without costs; no opinion.

Concur: Lehman, Ch. J., Loughran, Finch, Rippey, Sears, Lewis and Conway, JJ.